UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY AND OVERSIGHT,<br><br>         Plaintiff,<br><br>    v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>         Defendants. | Civil Action No. 25-3801 (CRC) |

**JOINT STATUS REPORT**

Plaintiff, Government Accountability and Oversight ("Plaintiff"), and Defendants, the Department of Health and Human Services and the Centers for Medicare and Medicaid Services ("Defendants"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's June 1, 2026 Minute Order.  The parties report to the Court as follows.

Plaintiff filed the complaint on October 29, 2025 (ECF No. 1).  Defendants answered on January 12, 2026 (ECF No. 4).  This matter involves Plaintiff's FOIA request dated August 4, 2025, seeking copies of certain email correspondence over a specified period of time in 2025 that was sent to or received by one of five political-appointees.

Defendants have completed their search for responsive records which resulted in 7,942 pages.  After de-duplication, Defendant reports that the updated page count is 5,628, plus an additional 11 excel spreadsheets. Defendant reports that its FOIA office, given the number of pending FOIA requests and litigations, can process 400 pages a month, and the first production to Plaintiff was made on March 16, 2026. In this interim response no. 1, 455 pages were reviewed

and 454 pages were deemed by Defendant to be non-responsive. In addition, one page was partially released pursuant to Exemption 5. On April 16, 2026, 459 pages were reviewed, 8 pages were released in their entirety, 108 pages were withheld pursuant to Exemptions 5 and 6, 39 pages were sent for consultation, 303 pages were non-responsive, and 1 page was duplicative. There were no productions in May or June due to additional narrowing and searches. On July 21, 2026, CMS reviewed a total of 9 excel spreadsheets. CMS reports that it is releasing the spreadsheets in their entirety, without deletions.

Plaintiff conveyed in earlier joint status reports its belief that productions were being artificially delayed or that the page counts may have been artificially high in light of records deemed non-responsive. Plaintiff reserves the right to seek judicial intervention based on the facts as they develop.

The parties respectfully request that the next Joint Status Report be filed on or before September 29, 2026, to update the Court on the status.

Dated: July 29, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Thomas W. Duffey* _____
        THOMAS W. DUFFEY
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2510

*Attorneys for the United States of America*


*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive

- 3 -

PMB 11506
Livingston, TX 77399
202-802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*