UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY AND OVERSIGHT,

Plaintiff,

v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,

Defendants.

Civil Action No. 25-3801 (CRC)

**JOINT STATUS REPORT**

Plaintiff, Government Accountability and Oversight ("Plaintiff"), and Defendants, the Department of Health and Human Services and the Centers for Medicare and Medicaid Services ("Defendants"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's July 31, 2026 Minute Order. The parties report to the Court as follows.

Plaintiff filed the complaint on October 29, 2025 (ECF No. 1). Defendants answered on January 12, 2026 (ECF No. 4). This matter involves Plaintiff's FOIA request dated August 4, 2025, seeking copies of certain email correspondence over a specified period of time in 2025 that was sent to or received by one of five political-appointees.

Defendants have completed their search for responsive records which resulted in 7,942 pages. After de-duplication, Defendant reports that the updated page count is 5,628, plus an additional 11 excel spreadsheets. Defendant reports that its FOIA office, given the number of pending FOIA requests and litigations, can process 400 pages a month, and the first production to Plaintiff was made on March 16, 2026. In this interim response no. 1, 455 pages were reviewed

and 454 pages were deemed by Defendant to be non-responsive. In addition, one page was partially released pursuant to Exemption 5. On April 16, 2026, 459 pages were reviewed, 8 pages were released in their entirety, 108 pages were withheld pursuant to Exemptions 5 and 6, 39 pages were sent for consultation, 303 pages were non-responsive, and 1 page was duplicative. There were no productions in May or June due to additional narrowing and searches.

On July 21, 2026, nine excel spreadsheets were released in their entirety.

On September 4, 2026, a production of (402) pages of responsive records were reviewed: (13) pages are releasable in their entirety and (330) are non-responsive. (20) pages were partially withheld pursuant to Exemptions 5 of the FOIA (5 U.S.C. §552(b)(5)). In addition, (12) pages being sent for consultation. Also, (27) pages were duplicates.

Plaintiff conveyed in earlier joint status reports its belief that productions were being artificially delayed or that the page counts may have been artificially high in light of records deemed non-responsive. Plaintiff reserves the right to seek judicial intervention based on the facts as they develop.

The parties respectfully request that the next Joint Status Report be filed on or before November 30, 2026, to update the Court on the status.

Dated: September 29, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_______/s/ Thomas W. Duffey_______*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
Hardin Law Office
101 Rainbow Drive
PMB 11506
Livingston, TX 77399
202-802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*